**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 23-17761-JNP |
| | Chapter 13 |
| Stephen George Orosz | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, not in its Individual Capacity but Solely as Owner Trustee of the Aspen Holdings Trust, a Delaware Statutory Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of September, 2023, to the following:

George E Veitengruber, III
Veitengruber Law LLC
1720 Highway 34
Suite 10
Wall, NJ 07727
bankruptcy@veitengruberlaw.com
*Attorney for Debtor(s)*


Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
ibalboa@standingtrustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Stephen George Orosz
313 High Street
Moorestown, NJ 08057

*Debtor(s)*


                                                By:      /s/ Steven K. Eisenberg
                                                            Steven K. Eisenberg, Esquire