Certificate Number: 05781-NJ-DE-037764966

Bankruptcy Case Number: 23-17761



05781-NJ-DE-037764966

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 14, 2023, at 1:10 o'clock PM PDT, Stephen Orosz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    September 14, 2023                    By:    /s/Allison M Geving

                                                Name:  Allison M Geving

                                                Title: President