Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−17761−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen George Orosz
   313 High Street
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−4386

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/8/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 8, 2023
JAN: as

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 23-17761-JNP

Stephen George Orosz                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 2

Date Rcvd: Dec 08, 2023                       Form ID: 148                         Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen George Orosz, 313 High Street, Moorestown, NJ 08057-3507 |
| aty | + | William M.E. Powers, III, Powers Kirn, LLC, 308 Harper Drive, Suite 210, Moorestown, NJ 08057-3245 |
| 520017152 | + | Burlington County Sheriff Sale, 49 Rancocas Road, Mount Holly, NJ 08060-1317 |
| 520017153 | + | FCI Lender Services, Inc., P.O. Box 28720, Anaheim, CA 92809-0157 |
| 520017699 | + | Margaret Orosz, 313 High Street, Moorestown, NJ 08057-3507 |
| 520017156 | + | Sepa Horsham, P.O. Box 826499, Philadelphia, PA 19182-6499 |
| 520081766 | + | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Dec 08 2023 20:47:17 | Steven K Eisenberg, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 08 2023 20:47:17 | Wilmington Savings Fund Society, FSB, not in its I, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 520017151 | + | EDI: BANKAMER | Dec 09 2023 01:41:00 | Bank of America Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 520081381 | | EDI: BANKAMER | Dec 09 2023 01:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 520076184 | | Email/Text: BNCnotices@dcmservices.com | Dec 08 2023 20:49:00 | EMERG PHYS ASSOC OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520017153 | + | Email/Text: LMitchell@myfci.com | Dec 08 2023 20:50:00 | FCI Lender Services, Inc., P.O. Box 28720, Anaheim, CA 92809-0157 |
| 520017154 | + | EDI: IRS.COM | Dec 09 2023 01:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520017155 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2023 20:49:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520017157 | ^ | MEBN | Dec 08 2023 20:47:17 | Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 520081766 | + | Email/Text: LMitchell@myfci.com | Dec 08 2023 20:50:00 | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc., P.O. Box 27370, Anaheim |

District/off: 0312-1                              User: admin                                  Page 2 of 2
Date Rcvd: Dec 08, 2023                           Form ID: 148                                 Total Noticed: 17

Hills, CA 92809-0112

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

Andrew B Finberg
                                   ecfmail@standingtrustee.com

Denise E. Carlon
                                   on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

George E Veitengruber, III
                                   on behalf of Debtor Stephen George Orosz bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

Steven Eisenberg
                                   on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its Individual Capacity but Solely as Owner Trustee of the
                                   Aspen Holdings Trust, a Delaware Statutory Trust bkecf@sterneisenberg.com,
                                   jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
                                   USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                                   on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 6