UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
Bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)

Stephen George Orosz

CASE NO: 23-17761

JUDGE: CMG

CHAPTER: 13

# CERTIFICATION OF DEBTORS' COUNSEL

I, George E. Veitengruber, III, Esq., do hereby certify as follows:

1. I am an attorney licensed to practice law in the State of New Jersey and make this certification in support of my attorney compensation.

2. Pursuant to the Disclosure of Attorney Compensation filed in Debtor's case, my fee to be paid was $3,900 through the Chapter 13 Plan.

The foregoing statements made by me are true. I am aware that if the foregoing statements by me are willfully false, I am subject to punishment.

RESPECTFULLY SUBMITTED this 5th day of March, 2024.

By: /s/ George E. Veitengruber, III, Esq.